**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

Jewell Christian Stewart
Assistant United States Attorney

970 Broad Street, Suite 700
Newark, NJ 07102
Jewell.Stewart @usdoj.gov

main: (973) 297-2024
direct: (862) 412-7410
fax: (973) 645-2702

November 2, 2026

**BY ECF**
Honorable Claire C. Cecchi, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Itzep v. Soto, et al.*, No. 2:26-cv-11082 (CCC)**
**Request for Brief Extension**

Dear Judge Cecchi:

This Office represents Respondents in this habeas action. We respectfully write to request a brief extension to November 3, 2026 to comply with Your Honor's October 16, 2026 Text Order. ECF. No 7.

This Office is awaiting clarification of information responsive to Your Honor's Order and request this extension to ensure the accuracy of the information we provide. We apologize to the Court for the delay thus far.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Jewell Stewart*
JEWELL CHRISTIAN STEWART
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 11/3/2026